# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS (See attached schedule for case list) | MDL 875 |

### TRANSFER ORDER NO. 387

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL-875 cases from the District Court for the Eastern District of Arkansas, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

**BY THE COURT**

s/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**

Date: 04-13-09

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 29 2009

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| DATE | PA E.D. # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 4/13/2009 | 65692 | 97-00387 | Hobbs, Debra Administratrix of the Estate of Robert Hobbs, Deceased | ARKANSAS EASTERN - 3 |
| 4/13/2009 | 65693 | 90-00030 | Leonard, John Carleton | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65694 | 90-00031 | Elliott, John D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65695 | 90-00163 | McGhee, OL | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65696 | 90-00164 | Dugger, William | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65697 | 90-00167 | Price, Ben E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65698 | 90-00169 | Walton, Franklin J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65699 | 90-00170 | Finch, George | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65700 | 90-00364 | Smothers, Ralph E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65701 | 90-00366 | Cooper, Vannis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65702 | 90-00367 | Trent, Cloyd | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65703 | 90-00368 | Beavers, Hosea C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65704 | 90-00369 | Wait, Haulcy A. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65705 | 90-00370 | White, Theodis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65706 | 90-00371 | Wilson, McKinley | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65707 | 90-00373 | Hammons, Dallas R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65708 | 90-00374 | Haynie, Herbert H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65709 | 90-00375 | Hill, Lee G. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65710 | 90-00376 | Kerr, Albert L. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65711 | 90-00377 | Knowles, William H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65712 | 90-00378 | Lively, Thurmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65713 | 90-00381 | Lumpkin, George E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65714 | 90-00453 | Walker, CD | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65715 | 90-00454 | Reed, John | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65716 | 90-00459 | Tollison, RT | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65717 | 90-00588 | Daughtry, Lucille Special Administratrix and Individually in the matter of the Estate of James Daughtry, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65718 | 90-00642 | Murders, Oren | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65719 | 90-00354 | Diden, Samuel R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65720 | 90-00351 | Hunter, Ross C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65721 | 90-00679 | Tanner, Jack | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65722 | 90-00695 | Keeter, George | ARKANSAS EASTERN - 4 |

| Date | Number | Case | Name | Court |
|---|---|---|---|---|
| 4/13/2009 | 65723 | 90-00696 | Walker, Cecil S. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65724 | 90-00755 | Holloway, William J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65725 | 90-00850 | Dodson, Marvin | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65726 | 91-00012 | Fulmer, Louis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65727 | 99-00076 | Drummond, Shirley<br>Clark, Julie<br>Chenevert, Donna<br>Drummond, Ardie | ARKANSAS EASTERN - 1 |
| 4/13/2009 | 65728 | 91-00056 | Melton, William D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65729 | 91-00061 | Franks, Florence<br>Wife, Special Administratrix and Indivdiually, in the matter of the Estate of Gilbert Franks, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65730 | 91-00157 | Johnson, JH, Jr. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65731 | 91-00246 | Jackson, Walter A. and Amy M. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65732 | 91-00249 | Nicholas, Rose J.<br>Special Administratix of the Estate of Fred B. Nicholas, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65733 | 91-00459 | Steward, Tilmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65734 | 91-00460 | Hohler, James | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65735 | 91-00535 | Lipke, Norman | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65736 | 95-00542 | Cook, Neal | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65737 | 97-00888 | Woodard, Clark | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65738 | 97-00901 | Phillips, Crystal<br>Individually and as Adminstratrix of the Estate of Clariece Cook | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65739 | 01-00093 | Nutt, James Herman | ARKANSAS EASTERN - 5 |